**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NORTHERN COSTUME LLC, et al., <br><br> Defendants. | Case No. CV 24-5275 FMO (BFMx) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Re: Motion for Default Judgment, IT IS ADJUDGED THAT:

1. Judgment is hereby entered in favor of plaintiffs Board of Directors of the Motion Picture Industry Pension Plan, Board of Directors of the Motion Picture Industry Individual Account Plan, and Board of Directors of the Motion Picture Industry Health Plan against defendants Northern Costume LLC ("Northern Costume") and Sam Paul Salman ("Salman").

2. Defendant Northern Costume shall pay plaintiffs the total amount of $39,919.01, which is comprised of: (1) $16,209.89 in unpaid contributions; (2) $8,313.62 in prejudgment interest; (3) $8,313.62 in liquidated damages; (4) $6,300.00 in attorney's fees; and (5) $781.88 in costs.

3. Plaintiffs may enforce this Judgment against defendant Salman to the extent any assets were distributed to him from Northern Costume upon its dissolution.

4.  Plaintiffs shall serve defendants with a copy of this Judgment in such a manner as to make it operative in any further proceedings.

Dated this 15th day of October, 2024.

                                    /s/
                Fernando M. Olguin
        United States District Judge